# UNITED STATES DISTRICT COURT
# DISTRICT OF NEVADA
## -oOo-

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | |
| ) | |
| Plaintiff, ) | 2:11-cr-00110-RLH-VCF |
| ) | |
| v. ) | |
| ) | |
| DE RONG SHANG, ) | |
| ) | |
| Defendant. ) | |

## ORDER STAYING DEPOSITION OF WITNESS JOHN TO

Based on the United States' motion to the Court, the Court hereby stays the Magistrate Judge's order allowing the deposition of witness John To, pending the United States' appeal of such order.

THEREFORE, IT IS HEREBY ORDERED that the Magistrate Judge's order allowing the deposition of witness John To is stayed pending the United States' appeal of such order.

DATED this 24th day of January, 2012.

_____
UNITED STATES DISTRICT JUDGE