# UNITED STATES DISTRICT COURT
# DISTRICT OF NEVADA

-oOo-

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | |
| ) | |
| Plaintiff, ) | |
| ) | 2:11-cr-00110-RLH-VCF |
| v. ) | |
| ) | |
| DE RONG SHANG, ) | |
| ) | |
| Defendant. ) | |

**ORDER STAYING EARLY SUBMISSION OF WITNESS AND EXHIBIT LIST**

Based on the United States' motion to the Court, the Court hereby stays the Magistrate Judge's order requiring early submission of an exhibit list and witness list pending the United States' appeal of such order.

THEREFORE, IT IS HEREBY ORDERED that the Magistrate Judge's order requiring early submission of an exhibit and witness list is stayed pending the United States' appeal of such order.

DATED this 24th day of January, 2012.

_____
UNITED STATES DISTRICT JUDGE

2