# UNITED STATES DISTRICT COURT

# DISTRICT OF NEVADA

\* \* \*

| UNITED STATES OF AMERICA, | ) | Case No.: 2:11-cr-00110-RLH-VCF |
|---|---|---|
| Plaintiff, | ) | **O R D E R** |
| vs. | ) | (Motion to Continue Sentencing (First Request)–#243) |
| DE RONG SHANG, | ) | |
| Defendant. | ) | |

Before the Court is Defendant De Rong Shang's **Motion to Continue Sentencing (First Request)** (#243, filed July 3, 2012). The Court has also considered the United States' Opposition (#245, filed July 10). After review of these briefs, the Court finds it prudent to grant a continuance until August 27, at 9:00 AM, so that a full translation of the presentence report into Mandarin Chinese may be effectuated. This will allow Shang to better understand and object to any of the Report's contents.

## CONCLUSION

Accordingly, and for good cause appearing,

IT IS HEREBY ORDERED that Shang's Motion to Continue (#243) is GRANTED. The sentencing is continued until August 27 at 9:00 am.

Dated: July 12, 2012.

_____
**ROGER L. HUNT**
**United States District Judge**

AO 72
(Rev. 8/82)

1