DAN M. WINDER, ESQ.
Nevada State Bar No.: 001569
LAW OFFICE OF DAN M. WINDER, P.C.
3507 W. Charleston Blvd
Las Vegas, NV 89102
Telephone: (702) 474-0523
Facsimile: (702) 474-0631
Attorney for Defendant
**YULI EATON**

# UNITED STATES DISTRICT COURT

## DISTRICT OF NEVADA

| | |
|---|---|
| UNITED STATES OF AMERICA, | Case No. 2:11-cr-00110-RLH-VCF |
| Plaintiff, | |
| vs. | ORDER RE: DEFENDANT, YULI EATON'S MOTION TO CONTINUE SENTENCING |
| YULI EATON, | |
| Defendant. | |

## ORDER

The Motion to Continue Sentencing for Defendant YULI EATON was taken under submission by this court. Having considered the terms of the proposed order, the memorandum of points and authorities and the record herein, it is hereby:

**ORDERED** that the Motion to Continue Defendant YULI EATON's sentencing is GRANTED.

**IT IS FURTHER ORDERED** that the sentencing is rescheduled to the 19th day of July, 2012 at the time of 1:30 pm.

SIGNED this 18th day of July, 2012.

_____
Roger L. Hunt
United States District Judge