(Preliminary)

FILED
JUL 19 2012
CLERK, U.S. DISTRICT COURT
DISTRICT OF NEVADA
BY_____ DEPUTY

# UNITED STATES DISTRICT COURT

# DISTRICT OF NEVADA

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| v. ) | 2:11-CR-110-RLH (CVF) |
| ) | |
| YULI EATON, ) | |
| ) | |
| Defendant. ) | |

## ORDER OF FORFEITURE

On March 7, 2012, defendant YULI EATON pled guilty to a Superseding Criminal Indictment charging her with Conspiracy to Commit Wire Fraud, in violation of Title 18, United States Code, Sections 1343 and 1349, and agreed to the forfeiture of property set forth in the Forfeiture Allegation in the Superseding Criminal Indictment and the Plea Memorandum. Docket #57.

This Court finds that YULI EATON shall pay a criminal forfeiture money judgment of $1,011,400.00 in United States Currency to the United States of America, pursuant to Fed. R. Crim. P. 32.2(b)(1) and (2); Title 18, United States Code, Section 981(a)(1)(C) and Title 28, United States Code, Section 2461(c); and Title 21, United States Code, Section 853(p).

. . .

. . .

. . .

. . .

. . .

THEREFORE, IT IS HEREBY ORDERED, ADJUDGED, AND DECREED that the United States recover from YULI EATON a criminal forfeiture money judgment in the amount of $1,011,400.00 in United States Currency.

DATED this 19 day of July, 2012.

_____
UNITED STATES DISTRICT JUDGE