Anthony P. Brooklier
California State Bar No. 50198
Marks & Brooklier, LLP
10100 Santa Monica Blvd., Suite 300
Los Angeles, California 90067
Telephone (310) 772-2287
Facsimile (310) 772-2286
Email: marksbrooklier@yahoo.com

Michael W. Sanft
Sanft Law
520 S. 4th Street
Las Vegas, Nevada 89101
Telephone (702) 384-5563
Facsimile (702) 385-1752
Email: sanftlawgroup@mac.com

Attorneys for Defendant
DE RONG SHANG

**UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF NEVADA**

| | |
|---|---|
| UNITED STATES OF AMERICA, | Case No: 2:11-CR-110-RLH |
| Plaintiff, | ORDER RE MEDICAL TESTING, EVALUATION AND RESULTS |
| vs. | |
| DE RONG SHANG, | Sentencing Date: 10/23/12<br>Time: 9:00 a.m. |
| Defendant. | HON. ROGER L. HUNT |

**TO: ANTHONY P. BROOKLIER, ATTORNEY FOR DEFENDANT DE RONG SHANG, NEVADA SOUTHERN DETENTION CENTER, WEST VALLEY IMAGING, LABORATORY MEDICAL CONSULTANTS AND RANDALL S. LOMAX, D.O.:**

It has come to the Court's attention that an issue exists as to the extent and nature of the medical condition of defendant, De Rong Shang. The Court has received information indicating that a medical procedure commonly referred to as a "fine needle aspiration biopsy" ("FNAB") conducted on September 19, 2012, resulted in the diagnostic material that was extracted as being insufficient for a specific diagnosis.

The sentencing date in this matter is now scheduled for October 23, 2012, at 9:00 a.m. <u>No further extension of this sentencing date will be allowed</u>.

Therefore, **IT IS HEREBY ORDERED** that any retesting, biopsy or additional studies shall be expedited in order that defendant Shang's medical condition will be known to the Court prior to the scheduled sentencing date of October 23, 2012.

**IT IS SO ORDERED**

Dated: September 26, 2012

ROGER L. HUNT
United States District Judge
For District of Nevada